| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David M. Boertje   SBN: 225148<br>SD Bankruptcy Group<br>1808 Aston Avenue, Suite 240<br>Carlsbad, CA 92008-7365<br>T: (760) 476-0901 F: (760) 476-0150<br><br>Attorney for Derek C. Craver | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Derek C. Craver

                                                             Debtor.

                                                             Plaintiff(s),

          vs.

                                                             Defendant(s).

CHAPTER 7

CASE NUMBER 09-15574-7

☐ ADVERSARY NUMBER (If Applicable)

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*:
   David M. Boertje

2. The name, address and telephone number of the New Attorney are *(specify)*:
   Sean F. Leslie   SBN: 149723   T: (760) 476-0901   F: (760) 476-0150
   1808 Aston Avenue, Suite 240, Carlsbad, CA 92008-7365

3. New Attorney hereby appears in the following matters:   ☒ The case       ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*: Sean F. Leslie

Dated:

_____
Type Name of Party

_____
Signature of Party

I consent to the above substitution.

Dated: 10/15/09

David M. Boertje
Type Name of Present Attorney

_____
Signature of Present Attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: 10/15/09

Sean F. Leslie
Type Name of New Attorney

_____
Signature of New Attorney

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

Rev. 5/02                                                                                                                                F 2090-1.4

Substitution of Attorney - Page 2                                                       F 2090-1.4

In re Derek C. Craver                                          CHAPTER 7

                                                      Debtor. | CASE NUMBER 09-15574-7

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2090-1(f)(5) regarding the requirements and procedures for making an application to employ an attorney.

## PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF CALIFORNIA

I am employed in the above County, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

1808 Aston Avenue, Suite 240
Carlsbad, CA 92008-7365

On October 15, 2009, I served the foregoing document described as: SUBSTITUTION OF ATTORNEY on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Carlsbad, California, addressed as follows:

Office of the U.S. Trustee
402 West Broadway, Ste 600
San Diego, CA 92101-8511

United States Bankruptcy Court
Southern District of California
325 West F Street
San Diego, CA 92101-6991

Nancy Wolf, Trustee
PO Box 420448
San Diego, CA 92142-0448

☐   Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10/15/09

Kamron Diaz
Type Name                                                    Signature

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

Rev. 5/02                                                                                F 2090-1.4